19487. BOWMAN, Administratrix, *v.* POOLE.

DUCKWORTH, Chief Justice. Where the sole assignment of error in the bill of exceptions is upon judgments overruling demurrers to the answer, amended answer, and cross-action, it not appearing that the case has been finally terminated in the trial court, the case is premature in this court, and the writ of error will be dismissed. Code (Ann. Supp.) § 6-701 (Ga. L. 1890-91, p. 82; 1946, pp. 726, 730; 1953, Nov. Sess., pp. 440, 455); *Ryals* v. *Atlantic Life Ins. Co.,* 181 *Ga.* 843 (184 S. E. 698); *Byrd* v. *Equitable Life Assur. Soc. of U. S.,* 184 *Ga.* 178 ((190 S. E. 584); *Cook County* v. *Thornhill Wagon Co.,* 186 *Ga.* 835 (199 S. E. 117); *Beavers* v. *Williams,* 197 *Ga.* 9 (28 S. E. 2d 254); *Wood* v. *W. P. Brown & Sons Lumber Co.,* 199 *Ga.* 167 (33 S. E. 2d 435).

*Writ of error dismissed. All the Justices concur, except Wyatt, P. J., not participating.*

SUBMITTED OCTOBER 9, 1956—DECIDED NOVEMBER 14, 1956.

*Jas. L. Moore,* for plaintiff in error.

*Poole, Pearce & Hall, Margaret H. Fairleigh,* contra.